In the Matter of Adeline Loehline,
Alleged to be a Mentally Ill Person,

STATE OF OREGON,
*Respondent,*

*v.*

ADELINE LOEHLINE,
*Appellant.*

(900596049; CA A65478)

804 P2d 1226

Paul L. Breed, Portland, argued the cause and filed the brief for appellant.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

In this civil commitment proceeding, the allegedly mentally ill person assigns as error the trial court's finding that she knowingly and intelligently refused her right to court appointed counsel. ORS 426.100(3)(d). The trial court never advised her on the record of her right to counsel or made a sufficient inquiry to determine whether she was knowingly and intelligently refusing counsel. We accept the state's concession that that was error.

Reversed.